BUTLER *v.* RAY *et al.*

PER CURIAM. It appearing from the pleadings in this case that `no substantial relief was prayed against the only resident defendant of Clayton county where the suit was filed, there was no error in refusing to grant an injunction against the codefendant, Ray, who resides in Crisp county, the court being without jurisdiction as to him. *Railroad Commission* v. *Palmer Hardware Co.,* 124 *Ga.* 633 (53 S. E. 193).       *.Judgment affirmed. All the Justices concur.*

FEBRUARY 19, 1916. REHEARING DENIED MARCH 3, 1916.

Petition for injunction. Before Judge Reid. Clayton superior court. March 27, 1915.

*J. F. Golightly,* for plaintiff.    *Crum & Jones, Rosser, Brandon, Slaton & Phillips,* and *Gus Russell,* for defendants.

---

MILLER *v.* MILLER.

BECK, J. Under the evidence submitted at the hearing of the application for temporary alimony, there was no abuse of discretion on the part of the trial judge in granting the temporary alimony and counsel fees allowed in the judgment excepted to.

*Judgment affirmed. All the Justices concur.*

FEBRUARY 19, 1916.

Temporary alimony. Before Judge Sheppard. Tattnall superior court. June 15, 1915.

*H. H. Elders,* for plaintiff in error.

*E. C. Collins* and *S. B. McCall,* contra.